UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JILL WACHTER<br><br>         Plaintiff,<br><br> - against -<br><br>MEREDITH CORPORATION<br><br>         Defendant. | Docket No. 1:18-cv-6662<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Jill Wachter ("Wachter" or "Plaintiff") by and through her undersigned counsel, as and for her Complaint against Defendant Meredith Corporation ("Meredith" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of eleven copyrighted photographs of women's bras, owned and registered by Wachter, a New York based professional photographer. Accordingly, Wachter seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

**PARTIES**

5. Wachter is an international award-winning professional photographer specializing in fashion, beauty, and celebrities in the business of licensing her photographs to online and print media for a fee having a usual place of business at 324 Pearl Street, #G, New York, New York 10038. Wachter's photographs has graced more than fifty magazine covers and her photographs have been published in thirty different countries.

6. Upon information and belief, Meredith is a foreign business corporation duly organized and existing under the laws of the State of New York, with a place of business at 225 Liberty Street, 9th Floor, New York, New York 10281. Upon information and belief, Meredith is registered with the New York State Divisions of Corporations to do business in New York. At all times material, hereto, Meredith has owned and operated a website at the URL: www.InStyle.com (the "Website").

**STATEMENT OF FACTS**

**A.  Background and Plaintiff's Ownership of the Photographs**

7. Wachter photographed women's bras (the "Photographs"). True and correct copies of the Photographs are attached hereto as Exhibit A.

8. Wachter is the author of the Photographs and has at all times been the sole owner of all right, title and interest in and to the Photographs, including the copyright thereto.

9. The Photographs were registered with the United States Copyright Office and were given registration number VA 1-398-079.

**B.  Defendant's Infringing Activities**

10. On or about August 12, 2015, Meredith ran an article on the Website entitled *Bra-Buying Guide*. See https://www.instyle.com/fashion/bra-buying-guide#18562. The article

prominently featured the Photographs. Screen shots of the article with the Photographs are attached hereto as Exhibit B.

11. Meredith did not license the Photographs from Plaintiff for its article, nor did Meredith have Plaintiff's permission or consent to publish the Photographs on its Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST MEREDITH)**
**(17 U.S.C. §§ 106, 501)**

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. Meredith infringed Plaintiff's copyright in the Photographs by reproducing and publicly displaying the Photographs on the Website. Meredith is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photographs.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by Meredith have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photographs, pursuant to 17 U.S.C. § 504(c).

18. Plaintiff further is entitled to her attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Meredith be adjudged to have infringed upon Plaintiff's copyrights in the Photographs in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photographs; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded her costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
July 24, 2018

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: (516) 233-1660

RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Jill Wachter*