UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
: 
JILL WACHTER :
:
                    *Plaintiff*, : Index No. 18-cv-6662-DLC
:
   vs. : ECF Case
:
MEREDITH CORPORATION : **AFFIDAVIT OF SERVICE**
:
                    *Defendant*. :
------------------------------------------------------------x

STATE OF NEW YORK   )
                             ) SS.:
COUNTY OF NASSAU   )

      <u>RICHARD P. LIEBOWITZ</u>, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and a principal at the firm of Liebowitz Law Firm PLLC, attorneys for Plaintiff in the above-entitled action. I am familiar with all the facts and circumstances in this action.

2. On September 6, 2018, I e-mailed to Mark Lerner and Michael Cabin, counsel for Defendant Meredith Corporation, a copy of the notice of initial pre-trial conference and Your Honors' individual practices in civil cases.

DATED:    September 6, 2018
                Valley Stream, NY

                                                    Respectfully Submitted,

                                                    <u>/s/Richard P. Liebowitz</u>
                                                    Richard P. Liebowitz
                                                    Liebowitz Law Firm PLLC
                                                    11 Sunrise Plaza, Suite 301
                                                    Valley Stream, NY 11580
                                                    Tel. (516) 233-1660

                                                    *Attorneys for Plaintiff Jill Wachter*