UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JILL WACHTER,<br><br>        Plaintiff,<br><br>-against-<br><br>MEREDITH CORPORATION,<br><br>        Defendant. | 18 Civ. 6662<br><br>**DEFENDANT'S RULE 7.1 STATEMENT** |

       Defendant Meredith Corporation, pursuant to Federal Rule of Civil Procedure 7.1, states as follows:

       Meredith Corporation has no parent company. The following entities are publicly held corporations that own 10% or more of Meredith Corporation's stock:

- State Street Corp.
- BlackRock, Inc.

Dated: September 21, 2018

                                      SATTERLEE STEPHENS LLP

                                      /s/Michael A. Cabin
                                      Michael A. Cabin

                                      230 Park Avenue, Suite 1130
                                      New York, NY 10169-0079
                                      (212) 818-9200
                                      (212) 818-9606/7 (fax)

                                      *Counsel for Defendant Meredith Corporation*

3065981_1