

230 Park Avenue 11th Floor
New York, NY 10169-0079
(212) 818-9200
(212) 818-9606 (Fax)

51 John F. Kennedy Parkway
First Floor West
Short Hills, NJ 07078-2713
(973) 218-2509
(973) 218-2401 (Fax)

www.ssbb.com

Michael A. Cabin
Email: mcabin@ssbb.com
Direct Dial: (212) 404-8743

September 25, 2018

Honorable Denise L. Cote, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re:    *Jill Wachter v. Meredith Corporation*, No. 18 Civ. 6662 (DLC)

Dear Judge Cote:

      We write on behalf of all parties to the above-referenced action to request an adjournment of the initial conference scheduled for October 5, 2018, at 2:30 p.m.  The parties are in the midst of settlement discussions and believe they may reach a resolution of this action if give additional time.  In the interest of avoiding additional attorneys' fees, the parties jointly request a one-month adjournment of the conference.  The parties are generally available for a conference on Friday, November 2, 2018.  There previously has been one request for an extension of time, Defendant's request for an extension to file its answer to the complaint, which the Court granted.  This request is made on behalf of all parties to this lawsuit.

      The parties thus respectfully request that Your Honor adjourn the initial conference until November 2, 2018.

*/s/ Richard Liebowitz*                                                                    */s/ Michael A. Cabin*
Richard P. Liebowitz, Esq.                                                           Michael A. Cabin, Esq.
Liebowitz Law Firm, PLLC                                                          Satterlee Stephens LLP
*Counsel for Plaintiff*                                                                       *Counsel for Defendant*

3067421_1