230 Park Avenue 11ᵗʰ Floor
New York, NY 10169-0079
(212) 818-9200
(212) 818-9606 (Fax)

51 John F. Kennedy Parkway
First Floor West
Short Hills, NJ 07078-2713
(973) 218-2509
(973) 218-2401 (Fax)

www.ssbb.com



# SATTERLEE STEPHENS LLP

Michael A. Cabin
Email: mcabin@ssbb.com
Direct Dial: (212) 404-8743



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/18

September 25, 2018

Honorable Denise L. Cote, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re:   *Jill Wachter v. Meredith Corporation*, No. 18 Civ. 6662 (DLC)

Dear Judge Cote:

We write on behalf of all parties to the above-referenced action to request an adjournment of the initial conference scheduled for October 5, 2018, at 2:30 p.m. The parties are in the midst of settlement discussions and believe they may reach a resolution of this action if give additional time. In the interest of avoiding additional attorneys' fees, the parties jointly request a one-month adjournment of the conference. The parties are generally available for a conference on Friday, November 2, 2018. There previously has been one request for an extension of time, Defendant's request for an extension to file its answer to the complaint, which the Court granted. This request is made on behalf of all parties to this lawsuit.

The parties thus respectfully request that Your Honor adjourn the initial conference until November 2, 2018.

*MEMO ENDORSED*

/s/ Richard Liebowitz
Richard P. Liebowitz, Esq.
Liebowitz Law Firm, PLLC
*Counsel for Plaintiff*

/s/ Michael A. Cabin
Michael A. Cabin, Esq.
Satterlee Stephens LLP
*Counsel for Defendant*

*There shall be no further adjournment.
The conference is adjourned
to October 26 at noon.*

*Denise Cote*
*9/28/18.*

3067421_1